AO 440 (Rev. 10/93) SUMMONS in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:
CV 08 1514

CHINA DRAGON RESTAURANT; DARLENE KEHOE, trustee under the JOANNE NOVAK ST.CLAIR IRREVOCABLE TRUST dated DECEMBER 23, 1996; JUDY HOAHINI ZHANG and
YAO GUANG ZHANG, individuals dba CHINA DRAGON RESTAURANT

TEH

TO:

See service list attached

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Thomas E. Frankovich
THOMAS E. FRANKOVICH, APLC
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone: 415/674-8600

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

MAR 19 2008

CLERK

HELEN L. ALMACEN

DATE

(BY) DEPUTY CLERK

ORIGINAL

1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900
   Attorneys for Plaintiffs
5  CRAIG YATES
   and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
7  HELP OTHERS

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
11  CRAIG YATES, an individual; and         )   CASE NO.
    DISABILITY RIGHTS, ENFORCEMENT,         )   **Civil Rights**
    EDUCATION, SERVICES:HELPING YOU         )
12  HELP OTHERS, a California public benefit )   **COMPLAINT FOR INJUNCTIVE RELIEF**
    corporation,                            )   **AND DAMAGES:**
13                                          )
          Plaintiffs,                       )   **1st CAUSE OF ACTION:** For Denial of Access
14                                          )   by a Public Accommodation in Violation of the
    v.                                      )   Americans with Disabilities Act of 1990 (42
15                                          )   U.S.C. §12101, *et seq.*)
    CHINA DRAGON RESTAURANT;                )
16  DARLENE KEHOE, trustee under the        )   **2nd CAUSE OF ACTION:** For Denial of Full
    JOANNE NOVAK ST.CLAIR                   )   and Equal Access in Violation of California
17  IRREVOCABLE TRUST dated                 )   Civil Code §§54, 54.1 and 54.3
    DECEMBER 23, 1996;                      )
18  JUDY HOAHINI ZHANG and                  )   **3rd CAUSE OF ACTION:** For Denial of
    YAO GUANG ZHANG, individuals dba        )   Accessible Sanitary Facilities in Violation of
19  CHINA DRAGON RESTAURANT,                )   California Health & Safety Code §19955, *et seq.*
                                            )
20        Defendants.                       )   **4th CAUSE OF ACTION:** For Denial of
                                            )   Access to Full and Equal Accommodations,
21                                              Advantages, Facilities, Privileges and/or
                                                Services in Violation of California Civil Code
22                                              §51, *et seq.* (The Unruh Civil Rights Act)

23
24                                              **DEMAND FOR JURY**
25
26
27
28

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## SERVICE LIST

**Craig Yates, et al. v. China Dragon Restaurant, et al.**
Case no.

Darlene Kehoe, Trustee
Irrevocable Trust dated December 23, 1996
419 Waverly St.
Palo Alto, CA 94301

Judy Hoahini Zhang
Yao Guang Zhang
127 N. McDowell Blvd
Peteluma, CA 94954