IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHINA DRAGON RESTAURANT, et al.,<br><br>    Defendant. | NO. C08-1514 TEH<br><br>ORDER OF RECUSAL |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the case be reassigned.

**IT IS SO ORDERED.**

Dated:  07/03/08

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT