1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94l09
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs
   CRAIG YATES and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION, SERVICES:
   HELPING YOU HELP OTHERS

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 CRAIG YATES, an individual; and           )   CASE NO. CV 08-1514 ~~TEH~~  MMC
   DISABILITY RIGHTS, ENFORCEMENT,           )
11 EDUCATION, SERVICES:HELPING YOU           )   STIPULATION AND [PROPOSED]
   HELP OTHERS, a California public benefit  )   ORDER DISMISSING DEFENDANT
12 corporation,                              )   DARLENE KEHOE, trustee under the
                                             )   JOANNE NOVAK ST.CLAIR
13        Plaintiffs,                        )   IRREVOCABLE TRUST dated
                                             )   DECEMBER 23, 1996
14 v.                                        )
                                             )
15 CHINA DRAGON RESTAURANT;                  )
   DARLENE KEHOE, trustee under the          )
16 JOANNE NOVAK ST.CLAIR                     )
   IRREVOCABLE TRUST dated                   )
17 DECEMBER 23, 1996;                        )
   JUDY HOAHINI ZHANG and                    )
18 YAO GUANG ZHANG, individuals dba          )
   CHINA DRAGON RESTAURANT,                  )
19                                           )
          Defendants.                        )
20 _____ )

21        Plaintiffs CRAIG YATES and DISABILITY RIGHTS, ENFORCEMENT,

22 EDUCATION, SERVICES:HELPING YOU HELP OTHERS, and Defendant DARLENE

23 KEHOE, trustee under the JOANNE NOVAK ST.CLAIR IRREVOCABLE TRUST dated

24 DECEMBER 23, 1996, by and through their respective counsel, stipulate to dismissal of

25 defendant DARLENE KEHOE, trustee under the JOANNE NOVAK ST.CLAIR

26 IRREVOCABLE TRUST dated DECEMBER 23, 1996, with prejudice pursuant to

27 Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Mutual Settlement Agreement and General

28 Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The

stipulating parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED that defendant DARLENE KEHOE, trustee under the JOANNE NOVAK ST.CLAIR IRREVOCABLE TRUST dated DECEMBER 23, 1996, be and is hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: July 21, 2008

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
Thomas E. Frankovich
Attorneys for Plaintiffs

Dated: __July 21__, 2008

TRAINOR FAIRBROOK
*A PROFESSIONAL CORPORATION*

By: _____/s/_____
Daniel M. Steinberg
Attorneys for Defendant DARLENE KEHOE, trustee under the JOANNE NOVAK ST.CLAIR IRREVOCABLE TRUST dated DECEMBER 23, 1996

**ORDER**

IT IS SO ORDERED.

Dated: __July 21__, 2008

Hon. ~~Thelton E. Henderson~~ Maxine M. Chesney
United States ~~Senior~~ Judge
District