IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHINA DRAGON RESTAURANT, et al., <br><br> Defendants <br> _____ / | No. C-08-1514 MMC <br><br> **ORDER DIRECTING PLAINTIFFS TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

By order filed March 19, 2008, the parties and counsel were directed to conduct a joint inspection of the premises at issue herein and to do so no later than June 27, 2008. (See Scheduling Order for Cases Asserting Denial Of Right to Access Under Americans With Disabilities Act Title III.) Further, plaintiffs were ordered to file, no later than 45 days after the joint site inspection, a Notice of Need for Mediation. (See id.) To date, plaintiffs have not filed a Notice of Need for Mediation.

Accordingly, plaintiffs are hereby ORDERED TO SHOW CAUSE, in writing and no later than September 5, 2008, why the above-titled action should not be dismissed for failure to prosecute. In the event plaintiffs file a Notice of Need for Mediation on or before September 5, 2008, this Order to Show Cause will stand discharged without further order of the Court.

**IT IS SO ORDERED.**

Dated: August 21, 2008

MAXINE M. CHESNEY
United States District Judge