1  THOMAS E. FRANKOVICH (State Bar No. 074414)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  4328 Redwood Hwy., Suite 300
   San Rafael, CA 94903
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900

5

6  Attorneys for Plaintiffs
   CRAIG YATES
7  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
8  SERVICES: HELPING YOU
   HELP OTHERS

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11  CRAIG YATES, an individual; and            ) **CASE NO. CV-08-1514-MMC**
    DISABILITY RIGHTS, ENFORCEMENT,           )
12  EDUCATION, SERVICES:HELPING YOU           ) **NOTICE OF CHANGE OF FIRM**
    HELP OTHERS, a California public benefit  ) **ADDRESS**
13  corporation,                               )
                                               )
14          Plaintiffs,                        )
                                               )
15  v.                                         )
                                               )
16  CHINA DRAGON RESTAURANT;                   )
    DARLENE KEHOE, trustee under the          )
17  JOANNE NOVAK ST.CLAIR                      )
    IRREVOCABLE TRUST dated                    )
18  DECEMBER 23, 1996;                         )
    JUDY HOAHINI ZHANG and                     )
19  YAO GUANG ZHANG, individuals dba          )
    CHINA DRAGON RESTAURANT,                   )
20                                             )
            Defendants.                        )
21  _____   )

22          **TO THE COURT, DEFENDANT AND ITS COUNSEL OF RECORD:**

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

NOTICE OF CHANGE OF FIRM ADDRESS                                              1

1  PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*,
2  has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the
3  following:      **4328 Redwood Hwy, Suite 300**
4                  **San Rafael, California, 94903**
5  The telephone number and fax number remain the same.

7  Dated: August 27, 2008          THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*

9                                  By: _____/S/_____
                                        THOMAS E. FRANKOVICH
10                                      Attorneys for Plaintiffs