1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiffs
   CRAIG YATES and DISABILITY RIGHTS
6  ENFORCEMENT, EDUCATION, SERVICES:
   HELPING YOU HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> CHINA DRAGON RESTAURANT; DARLENE KEHOE, trustee under the JOANNE NOVAK ST.CLAIR IRREVOCABLE TRUST dated DECEMBER 23, 1996; JUDY HOAHINI ZHANG and YAO GUANG ZHANG, individuals dba CHINA DRAGON RESTAURANT, <br><br> Defendants. | **CASE NO. C-08-1514 MMC** <br><br> **NOTICE OF NEED FOR MEDIATION** <br><br> **(ADA ACCESS CASES)** |

Plaintiffs report that the parties have exchanged their respective positions regarding the removal of architectural barriers at the subject public accommodation, and believe that plaintiffs' injunctive relief claims will be satisfied through the settling defendants' proposed remediations.

///
///
///
///
///

NOTICE OF NEED FOR MEDIATION (ADA ACCESS CASES)   1

1  In turn, plaintiffs made a demand for settlement. Although plaintiffs have settled with and dismissed defendant DARLENE KEHOE, trustee under the JOANNE NOVAK ST.CLAIR IRREVOCABLE TRUST dated DECEMBER 23, 1996, plaintiffs have not reached an agreement with defendants JUDY HOAHINI ZHANG and YAO GUANG ZHANG, individuals dba CHINA DRAGON RESTAURANT. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: September 4, 2008         THOMAS E. FRANKOVICH
                                 *A PROFESSIONAL LAW CORPORATION*


                                 By: _____/s/_____
                                         THOMAS E. FRANKOVICH
                                 Attorneys for Plaintiffs CRAIG YATES and
                                 DISABILITY RIGHTS, ENFORCEMENT,
                                 EDUCATION SERVICES: HELPING YOU HELP
                                 OTHERS

NOTICE OF NEED FOR MEDIATION (ADA ACCESS CASES)    2